UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. COURTHOUSE
6500 CHERRYWOOD LANE
GREENBELT, MD 20770
(301) 344-0393
FAX (301) 344-0394

August 13, 2010

**VIA ELECTRONIC FILING**

Pete Marlin Monismith, Esq.
Thomas B. Bacon PA
6393 Penn Avenue, Suite 158
Pittsburgh, PA 15206

Christopher R. Dunn, Esq.
DeCaro Doran Siciliano Gallagher and
DeBlasis, LLP
17251 Melford Boulevard, Suite 200
Bowie, MD 20715

Sheila Thurmond Mayers, Esq.
Law Offices of Sheila Mayers
P.O. Box 902
Washington, DC 20044

Re: Access for the Disabled, Inc., et al. v. J.C. Penney Properties, Inc.
   Civil Action No.: CBD-09-1395

Dear Counsel:

On May 28, 2009, Plaintiffs initiated the present action by the filing of the Complaint. Following a stay of proceedings entered by the Honorable Alexander Williams, Defendant filed an Answer on October 22, 2009. On January 7, 2010, Defendant's Motion to Dismiss ("Defendant's Motion") (DE #26) was filed. The Court has reviewed Defendant's Motion and the opposition thereto. Pursuant to Local Rule 105.6, no hearing is necessary. The Court hereby DENIES Defendant's Motion as moot.

Immediately following the filing of Defendant's Motion, Plaintiffs sought and obtained permission to file an amended complaint. On March 1, 2010, Defendant filed its Answer to the Amended Complaint, rendering moot the issues asserted in Defendant's Motion relating to Federal Rule of Civil Procedure 12(b)(6). However, on the following day, Defendant sought a stay of discovery pending the Court's ruling on Defendant's Motion. The Court granted the stay on June 29, 2010, in large measure due to the ruling issued by the Honorable Peter Messitte regarding Plaintiffs' lack of standing in a similar case.

Defendant's Motion raises the jurisdictional issue of whether Plaintiffs have standing to pursue this action. This issue was not fully addressed during the limited briefing in Defendant's

*Access for the Disabled, Inc., et al. v. J.C. Penney Properties Inc.*
*Page 2 of 2*
*August 13, 2010*

Motion.  Accordingly, the Court will allow Defendant 30 days to file a motion for judgment on the pleadings under Rule 12(c) regarding the issue of standing.  The Court will rule upon the matter upon the completion of the briefing period, and potentially after hearing oral argument.

                                              Very truly yours,
                                              _____/s/_____
                                              Charles B. Day
                                              United States Magistrate Judge

CBD/ec