FILED: November 10, 2011

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-1135
(8:09-cv-01395-CBD)
_____

ACCESS FOR THE DISABLED, INCORPORATED, a Florida not for profit corporation; DENISE PAYNE, Individually

    Plaintiffs - Appellants

v.

J.C. PENNEY PROPERTIES, INCORPORATED

    Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK