**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 11-1135**

─────────────

ACCESS FOR THE DISABLED, INCORPORATED, a Florida not for profit corporation; DENISE PAYNE, Individually,

        Plaintiffs - Appellants,

    v.

J.C. PENNEY PROPERTIES, INCORPORATED,

        Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Charles B. Day, Magistrate Judge. (8:09-cv-01395-CBD)

─────────────

Submitted:  October 20, 2011            Decided:  November 10, 2011

─────────────

Before GREGORY and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Thomas B. Bacon, THOMAS B. BACON, PA, Cooper City, Florida, for Appellants.  Christopher R. Dunn, John W. Leonard, DECARO, DORAN, SICILIANO, GALLAGHER & DEBLASIS, LLP, Bowie, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

  Denise Payne and Access for the Disabled, Inc., appeal the district court's orders dismissing their claims arising under Title III of the Americans with Disabilities Act, 42 U.S.C. §§ 12181-12189 (2006), and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Access for the Disabled, Inc. v. J.C. Penney Props., Inc.</u>, No. 8:09-cv-01395-CBD (D. Md. Dec. 2, 2010; Jan. 20, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>